# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AM36 | E2064292 | R. Bradley | TR-22 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 2/9/25  0900 | 18 USC §§ 9 1152  AL Code 13A-7-4  36092 |

Place of Offense:
100 River Oaks Dr, Wetumpka AL

Offense Description: Factual Basis for Charge          HAZMAT ☐

Criminal Trespass 3RD

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ragsdale | KEN | LEE |

Street Address: ████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250.00  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1 Church St, Montg AL | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X  Defendant Signature  X- _(signature)_

Original - CVB Copy

*E2064292*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/9, 20 25 while exercising my duties as a law enforcement officer in the Middle District of Alabama

The defendant, Ken Lee Ragsdale, was found to be trespassing on the property of Wind Creek Casino in Wetumpka, AL while under an active ban. Defendant Ragsdale was under an active ban from 1-18-2025 for a one year period ending 1-18-2026. On 1-22-2025 defendant Ragsdale was provided a copy of the Ban letter and he signed a copy acknowledging receipt.

The foregoing statement is based upon:

☑ my personal observation  ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/09/2025  _(signature)_ TR-22
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident